THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MILTON WATSON, Appellant.
THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH PALMER, Appellant.

(Argued March 16, 1934; decided April 17, 1934.)

*John J. Dillon, Lee Parsons Davis* and *William D. Cunningham* for appellants.

*Frank H. Coyne, District Attorney* (*Thomas D. Scoble, Jr.*, of counsel), for respondent.

In the first above-entitled action, judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.

In the second above-entitled action, judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: KELLOGG, J.